# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**STEVEN JOHNSON,**
       **Plaintiff,**

    v.                                                 **Case No. 06-C-793**

**DAVID A. CLARKE, JR.,**
**RICHARD SCHMIDT,**
**SGT. HAAS,**
       **Defendants,**

## ORDER

Plaintiff Steven Johnson, who is proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. After filing the complaint, plaintiff filed five documents purporting to supplement the complaint. On October 2, 2006, I granted plaintiff's motion for leave to proceed in forma pauperis on a claim based on allegations that he was denied access to the courts while incarcerated at the Milwaukee County Jail, and granted plaintiff 30 days in which to file one comprehensive amended complaint.

Plaintiff did not timely file an amended complaint and on December 19, 2006, I provided him with an additional 20 days to file an amended complaint. Plaintiff was advised that the amended complaint needed to be complete in itself without reference to any prior pleading.

On January 8, 2007, plaintiff filed "Amendment of Complaint to Add Defendant Cockroft Pursuant to the Court's Order of 10/2/06." Plaintiff's proposed amendment is not comprehensive; it names only the defendant that he seeks to add to this action (Michael Cockroft) and its allegations consist solely of events from December 2006, following plaintiff's transfer to The Felmers Chaney Correctional Institution. Plaintiff is advised that because his January 8, 2007 proposed amended does not name defendants Clarke, Schmidt, or Hass,

and does not contain any allegations related to denial of access to the courts at the Milwaukee County Jail, those defendants and that claim will be dismissed if his January 8, 2007 complaint becomes the operative complaint in this action.

Plaintiff will be provided with one last chance to file a comprehensive amended complaint which means that the one document, the amended complaint, must be complete in itself without reference to any prior complaint. It must contain all of plaintiff's allegations relating to all of the defendants. If plaintiff does not file an amended complaint on or before April 30, 2007, his January 8, 2007, proposed amended complaint will be the operative complaint in this action, with Michael Cockroft as the only defendant and the events following plaintiff's transfer as the only allegations, and it will be subject to screening pursuant to 28 U.S.C. § 1915A.

**Therefore,**

**IT IS ORDERED** that plaintiff may file a comprehensive amended complaint on or before **April 30, 2007**. If plaintiff does not file an amended complaint on or before **April 30, 2007**, the January 8, 2007, proposed amended complaint will be the operative complaint in this action and will be subject to screening pursuant to 28 U.S.C. § 1915A.

Dated at Milwaukee, Wisconsin, this 6th day of April, 2007.

BY THE COURT:

s/Lynn Adelman
LYNN ADELMAN
District Judge
